IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| BILLIE CROW and GEORGE CROW, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CV 116-148 |
| | * | |
| TARGET CORPORATION, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is Plaintiff Billie Crow's Motion for Continuation of Stay. (Doc. 23.) In her motion, Plaintiff Billie Crow states that her husband, Plaintiff George Crow, passed away on April 30, 2017 and requests that the stay presently imposed in this action be extended by an additional sixty days.[1] (Id. ¶¶ 2-5; see also Doc. 22 (Notice of Suggestion of Death of Plaintiff George Crow).) Plaintiff Billie Crow further states that Defendant has consented to this request. (Doc. 23 ¶ 6.)

Upon due consideration, Plaintiff Billie Crow's motion (doc. 23) is **GRANTED**. **IT IS HEREBY ORDERED** that all proceedings in this matter are hereby **STAYED** for **sixty (60) days** from the

---

[1] On February 14, 2017, Plaintiffs requested that the Court stay this action "for a minimum of six months" due to unforeseen medical complications. (Doc. 17, at 2.) Accordingly, on February 24, 2017, the Court stayed all proceedings in this matter for one-hundred and eighty days. (Doc. 19.) To date, neither party has moved to lift the stay imposed thereby.

date of the entry of this Order. Any deadlines falling within the duration of this stay are hereby tolled during the pendency of this stay. All other deadlines or other requirements set forth in the Scheduling Order (doc. 10, as subsequently amended by the Order dated December 9, 2016, doc. 13) not falling within the duration of this stay shall remain in full force and effect. Notwithstanding the foregoing, either party may apply to this Court - in writing and for cause - to lift the stay imposed hereby. The parties should be aware, however, that the Court intends to proceed toward the resolution of this matter in an expeditious fashion at the end of this sixty day stay and therefore the parties should not assume, expect, or anticipate the granting of any further extensions without a showing of utter due diligence, independent and unforeseeable causes, and manifest injustice.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of July, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA