IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BILLIE CROW, and GEORGE CROW, | * | |
| Plaintiffs, | * | |
| v. | * | 116-CV-0148 |
| TARGET CORPORATION, | * | |
| Defendant. | * | |

## O R D E R

On March 1, 2018, Plaintiffs filed a motion to dismiss its complaint with prejudice.[1] (Doc. 25.) Upon due consideration and in accordance with Federal Rule of Civil Procedure 41(a)(1), **IT IS ORDERED** that Plaintiff's complaint against Defendant is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of March, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because Defendant has already served its answer, Plaintiffs cannot voluntarily dismiss their complaint. FED. R. CIV. P. 41(a)(1). Accordingly, the Court will construe Plaintiff's notice as a motion to dismiss.